Submitted on record and briefs September 30, conviction affirmed; sentence vacated; remanded for resentencing December 15, 2004

## STATE OF OREGON,
*Respondent,*

*v.*

## DEAN ANTHONY STURGILL,
*Appellant.*

20-03-02046; A121228

106 P3d 646

Susan Fair Drake, Senior Deputy Public Defender, filed the brief for appellant. With her on the brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services.

Jonathan H. Fussner, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

Conviction affirmed; sentence vacated; remanded for resentencing. *State v. Gornick*, 196 Or App 397, 102 P3d 734 (2004).